PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KELSEY A. PAUXTISTHOMAS,<br><br>　　　　　Defendant. | Case No. 5:24-po-00301-CDB<br><br>STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE; ORDER<br><br>COURT: Hon. Christopher D. Baker |

Pursuant to the Court's prior order, Defendant Kelsey A. Pauxtis-Thomas ("Defendant") and the United States of America ("United States") submit this stipulation to vacate the currently scheduled trial on December 3, 2024, at 10:00 a.m., and set a status conference on February 4, 2025, at 10:00 a.m. The parties have engaged in significant plea negotiations and believe additional time will likely result in an agreement. To that end, the parties request vacatur of the trial and for a status conference to be set.

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The trial set for December 3, 2024, at 10:00 a.m. is vacated;

2. A Status Conference is scheduled for February 4, 2025, at 10:00 a.m.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date:  November 6, 2024 | */s/ Chan Hee Chu*<br>CHAN HEE CHU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Date:  November 6, 2024 | */s/ Richard O. Middlebrook, Jr.*<br>RICHARD O. MIDDLEBROOK, JR.<br>Attorney for Defendant<br>KELSEY A. PAUXTIS-THOMAS |

## **O R D E R**

**IT IS SO ORDERED.** The trial currently scheduled on December 3, 2024, at 10:00 a.m. is VACATED and the parties are ORDERED to appear for status conference on February 4, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 6, 2024**                                   _____
                                                                                    UNITED STATES MAGISTRATE JUDGE